ALFRED BEINHAUER, APPELLANT, *v.* AMELIA A. GLEASON, RESPONDENT, IMPLEADED, ETC.

*Judgment — not complete until the costs are taxed and entered at the foot of the decree — the time to appeal does not begin to run until this is done.*

APPEAL from an order of the Special Term denying plaintiff's motion to vacate an *ex parte* order, extending defendant Gleason's time to make a case on appeal and exceptions, and fixing the amount of the defendant's undertaking that she will not commit waste while in the possession of certain premises and to secure payment of deficiency, pursuant to the provisions of section 1331 of the Code of Civil Procedure.

The court at General Term said: " The case of *Thurber* v. *Chambers* (60 N. Y. 29), determined that a judgment is not complete until the costs are taxed and entered at the foot of the decree, and consequently the time to appeal did not run until the service of a copy of that decree as provided by the act after it is complete.

" If the party desired to avail themselves of the judgment and to make it necessary that the notice of appeal should be served within thirty days after the entry, he should have served notice of waiver of costs, with service of a copy of the decree as it then stood.

" The order should be affirmed, with ten dollars costs and disbursements."

*P. L. Wilson*, for the appellant.

*W. Sutphen*, for the respondent.

Opinion *Per Curiam*.

Present — VAN BRUNT, P. J., BRADY and DANIELS, JJ.

Order affirmed, with ten dollars costs and disbursements.